UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-60344-CR-KAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY HASAN, M.D.,

    Defendant.
_____/

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, ANTHONY HASAN, M.D., by and through his undersigned attorney, moves this Honorable Court to grant the Defendant's Unopposed Motion for Permission to Travel and in support thereof states as follows:

1. The Defendant is currently serving a sentence of one year home confinement to be followed by two years probation.

2. The Defendant has a thirteen year old son that is a top quarterback prospect and is scheduled to attend the following football camps:

| | |
|---|---|
| May 26-27, 2011 | Duluth High School |
| | 3737 Brock Road |
| | Duluth, GA 30096 |
| July 1-3, 2011 | Mission High School |
| | Mission Viejo, California |
| July 21-23, 2011 | Warhill Sports Complex at |
| | Warhill High School, |
| | 5700 Warhill Trail |
| | Williamsburg, VA 23188 |

U.S.A. vs. Anthony Hasan, M.D.
Case No.: 09-60344-CR-KAM
Unopposed Motion for Permission to Travel

The Defendant desires to take his minor child on these trips.

3.  On this date, Assistant United States Attorney Jennifer Keene advised the undersigned that the Government does not oppose the Defendant's request for permission to travel provided the Defendant provides his itineraries to his supervising officer.

WHEREFORE, the Defendant respectfully moves this Honorable Court for an Order grating this Unopposed Motion for Permission to Travel.

I HEREBY CERTIFY that on this  5th  day of May, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*(signature)*

KEITH B. SELTZER, ESQ.
Attorney for Defendant
Florida Bar No: 457876
KSeltzerlaw@aol.com
110 SE 6th Street, Ste. 1900
Fort Lauderdale, FL 33301
(954) 766-8884

<u>U.S.A. vs. Anthony Hasan, M.D.</u>
Case No.: 09-60344-CR-KAM
Unopposed Motion for Permission to Travel

<u>SERVICE LIST</u>

<u>U.S.A. vs. Hasan, et als</u>
**Case No.: 09-60344-CR-MARRA**
**United States District Court, Southern District of Florida**

**Jennifer Keene**
<u>Jennifer.Keene@usdoj.gov</u>
**United States Attorney's Office**

**Michael A. Gottlieb**
<u>mike@mgottlieblaw.com</u>

**James Eisenberg**
<u>BIGJIMLAW@aol.com</u>