PROB 12B                                                              SD/FL PACTS No. 103093
(SD/FL 9/96)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:09-60344-CR-MARRA-3

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Anthony Hasan

Name of Sentencing Judicial Officer: The Honorable Kenneth A. Marra, United States District Judge, Southern District of Florida, Fort Lauderdale Division

Date of Original Sentence: December 10, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Commit: (a) Wire Fraud; (b) Mail Fraud; (c) Introduce and Cause to be Introduced and Delivered for Introduction Into Interstate Commerce, a Misbranded Drug; and (d) Dispense and Cause to be Dispensed a Prescription Drug, 18 U.S.C. § 371, a Class D felony |
| Original Sentence: | Two (2) years probation, $100 special assessment and restitution in the amount of $76,605.00, to be paid at a rate of 10% of his monthly gross earnings. Special conditions: 1) the defendant shall participate in the Location Monitoring Program for a period of one (1) year, and; 2) the defendant shall submit to a search of his person or property. |

Type of Supervision: Probation          Date Supervision Commenced: December 10, 2010

## PETITIONING THE COURT

[ ]  To extend the term of supervision for __ years, for a total term of __ years.
[X]  To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $350.00 per month, until such time as the Court may alter that payment schedule in the interest of justice. The United States Probation Office and United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

PROB 12B09-cr-60344-KAM  SD/FL PACTS No. 103093
(SD/FL 9/96)

# CAUSE

At sentencing, the defendant was ordered to make restitution in the amount of $76,605.00, at a rate of 10% of his monthly gross income. Mr. Hasan's working conditions and income capability has diminished, as a result of his conviction in the instant offense. The defendant has paid the court-ordered restitution to the best of his ability. To date, Mr. Hasan has paid $14,552.22.

A financial investigation was conducted to determine the amount the defendant could afford to pay monthly. The defendant reported his monthly household income and expenses. The information was compared to documentation provided by the defendant, and the expenses were adjusted accordingly. Based on this information, it has now been determined that the defendant will be able to pay $350.00 monthly, towards restitution.

The defendant was presented with this information and, after concurring with our assessment, voluntarily signed the enclosed Waiver of Hearing to Modify Conditions of Supervised Release, thus establishing restitution payments at $350.00 monthly, commencing immediately, and every month thereafter. Further, please be advised that the defendant's term of supervised release is scheduled to terminate on December 9, 2012, and he will be unable to satisfy this obligation in-full.

The defendant has been advised that the restitution judgement, plus interest, remains valid for a period of 20 years from the date of the Judgement.

The United States Attorney's Office has been notified of the defendant's termination date, and will continue monitoring payments towards the restitution at the completion of supervision.

**Recommendation**: It is respectfully requested that Your Honor modify the conditions of supervised release, establishing restitution payments at a rate of $350.00 per month. Also, that Your Honor allow the defendant's term of supervised release to expire as scheduled on December 9, 2012.

Respectfully submitted,

by
Nora Heredia-Burgos
U.S. Probation Officer
Phone: (305)523-5314
Cellular: (786) 348-3063
Date: November 13, 2012

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

11/14/12
Date

cc:  Maureen Donlan, Deputy Chief Civil Division (USAFLS)
     Rolando Leon, Paralegal Specialist