UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60344-CR-MARRA

FILED by _____ D.C.
MAY 28 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY HASAN,

    Defendant.
_____/

## APPLICATION FOR WRIT OF EXECUTION

The Plaintiff, the United States of America, by and through the undersigned Assistant U.S. Attorney, Maureen Donlan, respectfully makes application pursuant to 28 U.S.C. § 3203(c)(1) of the Federal Debt Collection Procedures Act, as follows upon the judgment entered against the Defendant, Anthony Hasan. In support of this application, the United States states as follows:

1. The judgment debtor's name is Anthony Hasan, his Social Security Number is xxx-xx-4452, and his last known addresses is 2898 SW 180th Terrace, Miramar, FL 33029

2. Judgment was entered on December 13, 2010, against the defendant in this action to include an assessment in the amount of $100.00, and restitution in the amount of $76,605.00, plus statutory interest. (D.E. 111).

3. There is or may be property in which the debtor has possession, custody, or control, and in which the defendant Anthony Hasan has a substantial nonexempt interest which may be levied upon for payment of the above judgment, described as follows:

**2013 Jeep Wrangler Unlimited Sahara**
**VIN: 1C4HJWEG7DL675518**

WHEREFORE, the United States respectfully requests that the Court issue a Writ of Execution in accordance with the Federal Debt Collection Procedures Act.

Dated: May 25, 2014  
Miami, Florida

Respectfully submitted,

WIFREDO A. FERRER  
UNITED STATES ATTORNEY

By: _____  
Maureen Donlan  
Fl. Bar No 298034  
Assistant United States Attorney  
E-mail: Maureen.Donlan@usdoj.gov  
United States Attorney's Office  
99 N.E. 4th Street, Suite 300  
Miami, Florida 33132  
Tel: (305) 961-9334  
Fax: (305) 530-7139